THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-01287-MSK

UNITED STATES OF AMERICA,

     Plaintiff,

v.

URAYB WAHDAN and
SAID WAHDAN,

     Defendants.

---

### DEFENDANTS' MOTION FOR LEAVE
### TO FILE MOTION TO COMPEL DISCOVERY
### [EXPEDITED BRIEFING SCHEDULE REQUESTED]

---

The Defendants Urayb and Said Wahdan, through undersigned counsel, respectfully move this Court for leave to file the attached Motion to Compel Discovery, for which the Wahdans request that the Court set an expedited briefing schedule on this motion. In support of this motion. In support thereof, Wahdans state as follows:

### CERTIFICATE OF CONFERRAL UNDER D.COLO.L.CIV.R. 7.1(A)

On November 21, 2018, counsel for Wahdans conferred with the IRS's lawyers regarding the relief requested herein. The United States opposes this Motion. The attached Motion to Compel also includes a detailed description of correspondence between the parties.

## MOTION

1.      Discovery in this case closed on August 31, 2018, after extension of the original deadline was granted by the Court. (Dkt. No. 54).

2.      Following the close of discovery and representations that the production thus far was complete, the IRS's lawyers produced numerous documents and IRS correspondence that it first identified after the close of discovery, as described in the attached Motion to Compel.

3.      The IRS's lawyers also produced amended and supplemental privilege logs, most recently on October 11, 2018, asserting overbroad and unsupported deliberative process and law enforcement privilege claims.

4.      This Court held the final pretrial conference in this case on November 1, 2018.

5.      During the pretrial conference, following equivocation by the IRS's lawyers about whether the complete administrative file had been produced, this Court directed the United States to produce the complete administrative file considered by the IRS decisionmakers.

6.      On November 5, 2018, Defendants' counsel sent a letter to the IRS's lawyers identifying numerous specific documents that Defendants' counsel expected to receive, as described in the attached Motion to Compel.

7.      On November 15, 2018, the IRS's lawyers responded to Defendants' counsel. In that correspondence, described in the attached Motion to Compel, the IRS's lawyers reaffirmed their unsubstantiated privilege claims and indicated they would not produce the full administrative record.

8.      These disputes arose for the first time after the close of discovery.  The IRS's lawyers refused to comply with the Court's directive given on November 1, 2018, to produce the

full administrative record. Moreover, they have claimed privilege over materials that they indicated were only first identified and reviewed by the IRS's lawyers after the close of discovery.

      WHEREFORE the Wahdans respectfully request that the Court GRANT the Wahdans leave to file the attached Motion to Compel Discovery. Further, the Wahdans request that the Court set an expedited briefing schedule.

* * *

DATED this November 27, 2018           Respectfully submitted,

                                      */s/ Richard Hosley*
                                      Richard Hosley
                                      Perkins Coie
                                      1900 Sixteenth Street
                                      Suite 1400
                                      Denver, Colorado 80202-5255
                                      RHosley@perkinscoie.com

                                      *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2018, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which will send notification of such filing to the

following e-mail addresses:

- Rick Watson
  Rickey.Watson@usdoj.gov

s/ *Richard Hosley*

Richard Hosley