IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-01287-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

URAYB WAHDAN and
SAID WAHDAN,

    Defendants.

## JOINT MOTION FOR EXTENSION OF TIME
## TO FILE PARTIES' RESPONSES TO PENDING MOTIONS

The parties to this case, through undersigned counsel, hereby move the Court to extend the due date for (i) Defendants' response to the Government's Motion for Leave to Reopen Discovery (Dkt. No. 70), and (ii) the Government's response to the Wahdans' Motion for Leave to File a Motion to Compel (Dkt. No. 75).

On November 27, 2018, the Court, at the parties' request, entered two orders that set an expedited deadline of December 7, 2018, for the parties to respond to the respective motions (Dkt. Nos. 74, 76). The parties had each requested expedited briefing for their motions given the January 2019 trial date (Dkt. Nos. 70, 75).

Yesterday, on December 6, 2018, the parties completed settlement negotiations and the Defendants submitted a settlement proposal. Counsel for the United States have recommended acceptance of the settlement offer. Government counsel's section chief has also recommended approval. However, the agreement must still be approved by the relevant official within the U.S.

Department of Justice with decision-making authority in these types of matters. The parties respectfully request that the Court extend the date to submit the respective responses by seven (7) days to December 14, 2018, as the recommended settlement agreement is reviewed by government personnel.

The Wahdans are two individuals who have incurred significant fees defending themselves during the IRS examination and litigation phases of this matter. Thus, such an extension would permit the government to push that approval process forward, while conserving the resources of the Court and the parties.

At the Final Pretrial Conference, Chief Judge Krieger instructed the Wahdans that a trial "may not be a final determination" and that "there is one approach to resolution of a controversy such as this that doesn't involve any of those defects – and that's settlement." Transcript of Final Pretrial Conf. at 31 (Nov. 1, 2018). The parties also acknowledge the Court's instructions that the parties consummate a settlement before trial will be vacated. *Id.*

Since the Final Pretrial Conference, the parties have devoted substantial effort and resources to resolving this long-running controversy in a way that provides finality. The Wahdans in particular request that this Court consider the cost and administrative burdens (on the Court and the parties) of continued preparation for trial given the recommended settlement. As such, the parties also respectfully request a status conference with the Court during the week of December 10, 2018, or at the Court's earliest availability, to better determine the required steps for resolving this case in the most efficient manner for the Court and the parties.

* * *

DATED this December 7, 2018

Respectfully submitted,

*/s/ Christopher Sigmund*
CHRISTOPHER SIGMUND
RICHARD A. HOSLEY
Perkins Coie
1900 Sixteenth Street
Suite 1400
Denver, Colorado 80202-5255
CSigmund@perkinscoie.com

*Counsel for Defendants*

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Rick Watson*
RICK WATSON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683 Washington, D.C. 20044
Telephone: (202) 305-7539
Facsimile: (202) 307-0054
Rickey.Watson@usdoj.gov

JASON DUNN
U.S. Attorney, District of Colorado
*Attorneys for the United States of America*