**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 1:17-cv-1287-MSK |
| *Plaintiff*, | |
| v. | **NOTICE OF SETTLEMENT** |
| URAYB WAHDAN and SAID WAHDAN, | |
| *Defendants*. | |

The parties to this case, through undersigned counsel, hereby notify the Court that the parties have reached a final settlement of the above-captioned case.

Under the terms of the settlement, the Defendants shall pay an agreed upon amount to the United States by April 4, 2019. The Defendants' payment is not an admission of liability, but rather is being done to avoid the uncertainty, inconvenience, and expense of litigation. Upon receipt of payment by the United States, the case shall be dismissed with prejudice and each side will bear its own costs and expenses, to include attorney's fees.

Based on the above, the parties request that the Court administratively close the case but retain jurisdiction to enforce the settlement agreement, should that become necessary. After the payment is received by the United States, the parties shall file a joint motion to dismiss the case with prejudice.

Respectfully submitted this 11th day of January, 2019.

        RICHARD E. ZUCKERMAN
        Principal Deputy Assistant Attorney General

        */s/Rick Watson*
        RICK WATSON
        ALEX R. HALVERSON
        Trial Attorneys, Tax Division
        U.S. Department of Justice
        P.O. Box 683
        Washington, D.C. 20044
        Telephone:   (202) 305-7539
        Facsimile:    (202) 307-0054
        Rickey.Watson@usdoj.gov
        Alex.Halverson@usdoj.gov

        JASON R. DUNN
        U.S. Attorney, District of Colorado
        *Attorneys for the United States of America*

        */s/ Richard Hosley*
        Richard Hosley
        T. Markus Funk
        Christopher Sigmund
        Perkins Coie
        1900 Sixteenth Street
        Suite 1400
        Denver, Colorado 80202-5255
        rhosley@perkinscoie.com
        *Counsel for Defendants*

### Certificate of Service

I certify that on January 11, 2019, I filed the foregoing document via the Court's ECF system, which will provide electronic service to Defendants' counsel below:

Richard Hosley
Christopher Sigmund
Perkins Coie
1900 Sixteenth Street
Suite 1400
Denver, Colorado 80202-5255
rhosley@perkinscoie.com
*Counsel for Defendants*

*/s/Rick Watson*
RICK WATSON
Trial Attorney, Tax Division
U.S. Department of Justice