## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 1:17-cv-1287-MSK |
| *Plaintiff,* | |
| v. | **JOINT MOTION TO DISMISS WITH PREJUDICE** |
| URAYB WAHDAN and SAID WAHDAN, | |
| *Defendants.* | |

On January 14, 2019, the Court administratively closed this case after a notification of settlement by the parties.  Dkt. #89.  The terms of the settlement agreement have been completed.  Therefore, the parties to this case, through undersigned counsel, and pursuant to Fed. R. Civ.P. 41(a)(2), hereby move the Court to dismiss this case with prejudice.  Each party shall pay their own costs and expenses, to include attorney's fees.

Respectfully submitted this 3rd day of April, 2019.

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/Rick Watson*
RICK WATSON
ALEX R. HALVERSON
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Telephone:     (202) 305-7539
Facsimile:     (202) 307-0054
Rickey.Watson@usdoj.gov
Alex.Halverson@usdoj.gov

JASON R. DUNN
U.S. Attorney, District of Colorado
*Attorneys for the United States of America*

*/s/ Richard Hosley*
Richard Hosley
T. Markus Funk
Christopher Sigmund
Perkins Coie
1900 Sixteenth Street
Suite 1400
Denver, Colorado 80202-5255
rhosley@perkinscoie.com
*Counsel for Defendants*

**Certificate of Service**

I certify that on April 3, 2019, I filed the foregoing document via the Court's ECF system, which will provide electronic service to Defendants' counsel below:

Richard Hosley
Christopher Sigmund
Perkins Coie
1900 Sixteenth Street
Suite 1400
Denver, Colorado 80202-5255
rhosley@perkinscoie.com
*Counsel for Defendants*

*/s/Rick Watson*
RICK WATSON
Trial Attorney, Tax Division
U.S. Department of Justice